IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARIA B. JIMENEZ,

    Plaintiff,

v().                                       CASE NO. 4:15cv103-RH/CAS

FLORIDA COMMISSION ON
HUMAN RELATIONS,

    Defendant.

_____/

## ORDER DENYING THE MOTION
## DEPOSE OR EXCLUDE WITNESSES

Just four business days before the trial is set to start, the plaintiff has moved for leave to depose three witnesses, one of whom the defendant expects to call, and two of whom the defendant intends to call only if the need arises. Alternatively, the plaintiff seeks to exclude the witnesses' testimony.

This order denies the motion. But the plaintiff may renew at trial the motion to exclude the witnesses. A factor in ruling on any such motion will be how thoroughly and how soon the defendant disclosed to the plaintiff the expected substance of a witness's testimony. The limited disclosure in the defendant's

Federal Rule of Civil Procedure 26 disclosures will not carry much weight.  So the defendant may wish to provide the plaintiff more information.

IT IS ORDERED:

The motion to depose or exclude witnesses, ECF No. 51, is denied.

SO ORDERED on December 24, 2015.

                                          <u>s/Robert L. Hinkle                </u>
                                          United States District Judge